

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney of this Court's general bar or be granted leave to ap[pear] Rules 83.12 through 83.14.

08CV0207
JUDGE CONLON
MAG. JUDGE VALDEZ

In the Matter of

TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 502, et. al.
        Plaintiff,
v.
LISCHING CONSTRUCTION COMPANY, INC., an Illinois corporation
        Defendants,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| | |
|---|---|
| NAME (Type or print) DONALD D. SCHWARTZ | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) /s/ Donald Schwartz | FILED Jan 9, 2008 JAN - 9 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
| FIRM ARNOLD AND KADJAN | |
| STREET ADDRESS 19 WEST JACKSON BLVD. | |
| CITY/STATE/ZIP CHICAGO, IL. 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 03124459 | TELEPHONE NUMBER (312) 236-0415 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |