IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CEMENT MASONS PENSION FUND, LOCAL 502; CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; CEMENT MASONS SAVINGS FUND, LOCAL 502; and CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, | ) ) ) ) ) ) ) | No. 08 C 0207 |
| Plaintiffs, | ) ) | Judge Conlon |
| v. | ) ) | Magistrate Judge Valdez |
| LISCHING CONSTRUCTION COMPANY, INC., an Illinois corporation | ) ) ) ) | |
| Defendant. | ) | |

## MOTION FOR ORDER OF DEFAULT AND AUDIT

Plaintiffs, by one of their attorneys, DONALD D. SCHWARTZ and ARNOLD and KADJAN, pursuant to F.R.C.P. 55, respectfully request this Honorable Court to enter an Order of Default as to liability in favor of Plaintiffs and against Defendant, LISCHING CONSTRUCTION COMPANY, INC.

In support thereof, Plaintiffs state:

1. This case was filed on January 9, 2008.

2. Defendant was served with Summons and Complaint on January 15, 2008 as shown on the return of service previously filed.

3. In excess of 20 days have expired since Service of Process, however, Defendant has failed to file an answer or otherwise plead.

**WHEREFORE**, Plaintiffs move this Court to:

1. Enter an Order of Default against Defendant.

2. Order Defendant to submit its records for an audit for the period December 1, 2001 through March 30, 2007.

**TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 502, et. al.**

By:   s/ Donald D. Schwartz
      One of Its Attorneys

DONALD D. SCHWARTZ
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois  60604
(312) 236-0415

2