IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CEMENT MASONS PENSION FUND, LOCAL 502; CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; CEMENT MASONS SAVINGS FUND, LOCAL 502; and CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, | ) ) ) ) ) ) ) | No. 08 C 0207 |
| Plaintiffs, | ) ) | Judge Conlon |
| v. | ) ) | Magistrate Judge Valdez |
| LISCHING CONSTRUCTION COMPANY, INC., an Illinois corporation | ) ) ) | |
| Defendant. | ) | |

## ORDER

**THIS CAUSE** coming on to be heard on Motion of Plaintiffs for entry of Default against Defendant and for an Order requiring Defendant to turn over their books and records for audit; the Court finds as follows:

A.   The Complaint was filed herein on January 9, 2008.

B.   Process has been served upon Defendant, LISCHING CONSTRUCTION COMPANY, INC.

C.   Defendant has filed no answer or other pleadings within the time provided by law.

**IT IS HEREBY ORDERED:**

1.   Defendant, LISCHING CONSTRUCTION COMPANY, INC. is hereby defaulted and Judgment as to liability is entered against him and in favor of Plaintiffs.

2.   Defendant is ordered to permit, within 30 days, an audit of his books and records of Plaintiffs' auditor.  The audit will cover the period from December 1, 2001 through March 30, 2007.

3.   Defendant is ordered to produce the following records for examination by Plaintiffs' auditor:

    A.    All cash disbursement journals;

    B.    All individual payroll records;

    C.    All time records which are the basis of the above-mentioned individual payroll records;

    D.    All State unemployment tax returns as requested by the Trustees;

    E.    All records showing Defendants' employees nature and classification of work, membership of those employees in, or contributions by Defendants on their behalf to, other trades, crafts, or fringe benefit funds.

DATED:_____

ENTER:_____
**HONORABLE JUDGE CONLON**

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415