IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CEMENT MASONS PENSION FUND, LOCAL 502; CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; CEMENT MASONS SAVINGS FUND, LOCAL 502; and CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, | ) ) ) ) ) ) ) | No. 08 C 0207 |
| Plaintiffs, | ) ) | Judge Conlon |
| v. | ) ) | Magistrate Judge Valdez |
| LISCHING CONSTRUCTION COMPANY, INC., an Illinois corporation | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:  Lisching Construction Co.
c/o its Registered Agent, Russell J. Stewart
805 W. Touhy Ave.
Park Ridge, IL 60068

**PLEASE TAKE NOTICE** that on **March 6, 2008**, at **9:00 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Conlon, Room 1743** in the Courtroom usually occupied by her in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Order of Default and Audit.

                                                         **TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 502, et. al.**

                                                         s/ Donald D. Schwartz
                                                         One of their Attorneys

Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604

**PROOF OF SERVICE**

I hereby certify that I electronically filed this Notice of Motion and Motion for Order of Default and Audit with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 22nd day of February 2008, at or before the hour of 5:00 p.m.

>	Lisching Construction Co.
>	c/o its Registered Agent, Russell J. Stewart
>	805 W. Touhy Ave.
>	Park Ridge, IL 60068

>	s/Donald D. Schwartz
>	ARNOLD AND KADJAN
>	19 W. Jackson Blvd., Suite 300
>	Chicago, IL 60604
>	312-236-0415 (phone)
>	312-341-0438 (fax)
>	Dated: February 22, 2008