# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0207 | **DATE** | 3/06/08 |
| **CASE TITLE** | CEMENT MASONS PENSION FUND, ET AL vs. LISCHING CONSTRUCTION COMPANY, INC. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion [9] for order of default and audit is granted. ENTER ORDER.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|