IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CEMENT MASONS PENSION FUND, LOCAL 502; CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; CEMENT MASONS SAVINGS FUND, LOCAL 502; and CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, | No. 08 C 0207 |
| Plaintiffs, | Judge Conlon |
| v. | Magistrate Judge Valdez |
| LISCHING CONSTRUCTION COMPANY, INC., an Illinois corporation | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

Now comes the Plaintiffs, by counsel, and hereby dismisses this action against Defendant, LISCHING CONSTRUCTION COMPANY, INC. without prejudice pursuant to provisions of Rule 41(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

**ARNOLD AND KADJAN**

s/Donald D. Schwartz
Donald D. Schwartz
Attorney for Plaintiffs

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 W. Jackson Boulevard
Chicago, IL 60604
Phone: (312) 236-0415
Fax (312) 341-0438

**CERTIFICATE OF SERVICE**

I hereby certify that this Notice of Voluntary Dismissal was filed electronically on the 10th day of March 2008, and a copy of the foregoing will be sent to the following parties by operation of the Courts electronic filing system and by mail.

    Lisching Construction Co.
    c/o its Registered Agent, Russell J. Stewart
    805 W. Touhy Ave.
    Park Ridge, IL 60068

                                                s/Donald D. Schwartz

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 W. Jackson Boulevard
Chicago, IL 60604
Phone: (312) 236-0415
Fax (312) 341-0438